394 P.2d 156

H. M. MOUTRAY and J. B. Moutray,
Petitioners,

v.

Honorable E. T. HENSLEY, Jr., District
Judge in and for the District Court of
Chaves County, State of New Mexico, on
the relation of S. E. REYNOLDS, State
Engineer, and S. E. Reynolds, State Engineer
for the State of New Mexico, Respondents.

No. 7686.

Supreme Court of New Mexico.

July 28, 1964.

COMPTON, Chief Justice, and MOISE,
Justice, concurring; CARMODY, CHAVEZ
and NOBLE, Justices, absent and not
participating.

Ordered that the petition for alternative
writ of prohibition be and the same is hereby
denied.

394 P.2d 156

Thomas J. RHODES, Petitioner,

v.

Harold A. COX, Warden, Respondent.

No. 122 HC.

Supreme Court of New Mexico.

July 28, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby
allowed free process herein.

Further ordered that the petition for writ
of habeas corpus be and the same is hereby
denied for failure of petitioner to exhaust
available district court remedy.